

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* \* \* \* \* \* \* \*

| | |
|---|---|
| IN RE ) | Case No. 09-22381 WTT |
| ) | Chapter 7 |
| TY JAMES WENDEL ) | |
| ELIZABETH LEE WENDEL ) | NOTICE OF PAYMENT OF |
| ) | FUNDS INTO THE REGISTRY |
| Debtor (s) ) | |

\* \* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On December 22, 2009, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained one claim which was under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437223605.

4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

|  |  |
|---|---|
| Claim No.: | 3 |
| Claimant: | Living Scriptures, Inc. |
|  | 3625 Harrison Blvd. |
|  | Ogden, UT 84403 |
| Claim Amount: | $294.04 |
| Distribution: | $4.29 |

5. A check in the amount of $4.29 representing the foregoing claim has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: 12-30-09

J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 29th day of December, 2009:

LIVING SCRIPTURES, INC.
3625 HARRISON BLVD.
OGDEN, UT 84403

*/s/ Melynn Aue Shaw*